IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **LINCOLN PROVISION, INC.,**<br><br>     **Plaintiff(s),**<br><br>   v.<br><br>**HASTINGS ACQUISITION LLC, et al.,**<br><br>     **Defendant(s).** | 8:10-cv-00344-LSC-FG3<br><br>ORDER |

Upon review of the Report of Parties' Rule 26(f) Planning Conference (Doc. 12),

**IT IS ORDERED:**

1. To facilitate immediate negotiations, the court will delay entering an initial progression order.

2. Counsel shall contact chambers no later than **November 24, 2010**, to schedule a settlement conference with the undersigned.

**DATED November 22, 2010.**

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge