IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LINCOLN PROVISION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | 8:10CV344 |
| ARON PURETZ, PMP, LLC, and | ) | |
| HASTINGS ACQUISITION, LLC, | ) | ORDER |
| nominal defendant, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED that the defendants' Motion to Strike (Doc. 34) is granted. Filings Nos. 32 and 33 are stricken from the record.

DATED March 8, 2011.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge