IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **LINCOLN PROVISION, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV344 |
| | ) | |
| V. | ) | |
| | ) | |
| **ARON PURETZ, PMP, LLC, and** | ) | ORDER |
| **HASTINGS ACQUISITION, LLC,** | ) | |
| nominal defendant, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Law Offices of W. Patrick Betterman has entered an appearance on behalf of Aron Puretz, PMP, LLC and Hastings Acquisition, LLC in this action. (Filing 60).

Accordingly,

**IT IS ORDERED:**

1. The Motion to Withdraw (filing 56) filed by Bartholomew McLeay, Brian C. Buescher and Garth Glissman is granted.

2. The Clerk shall terminate the appearances of Bartholomew McLeay, Brian C. Buescher and Garth Glissman as counsel of record for Aron Puretz and Hastings Acquisition, LLC in the above-captioned case. The Clerk shall terminate future notices to Bartholomew McLeay, Brian C. Buescher and Garth Glissman in this matter.

3. The hearing on the Motion to Withdraw, scheduled for November 28, 2011, is hereby cancelled.

**DATED November 28, 2011.**

  **BY THE COURT:**

  S/ F.A. Gossett
  **United States Magistrate Judge**