# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LINCOLN PROVISION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV344 |
| | ) | |
| V. | ) | |
| | ) | |
| ARON PURETZ, PMP, LLC, and | ) | ORDER |
| HASTINGS ACQUISITION, LLC, | ) | |
| nominal defendant, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court on the motion of Kimberly L. Williams to withdraw as counsel for Plaintiff (filing 65). The motion will be granted.

**IT IS ORDERED:**

1. The Motion to Withdraw as Counsel (filing 65) is granted.

2. The Clerk shall terminate the appearance of Kimberly L. Williams as counsel for Plaintiff.

3. The Clerk shall terminate future notices to Kimberly L. Williams in this matter.

**DATED December 14, 2011.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**