IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **LINCOLN PROVISIONS, INC.,** | ) | |
| Plaintiff, | ) ) ) | **8:10cv344** |
| vs. | ) ) | |
| **ARON PURETZ; PMP, LLC; and HASTINGS ACQUISITION, LLC,** nominal defendant, | ) ) ) ) | **ORDER** |
| Defendants. | ) | |

This matter came before the court for a Rule 16 planning conference. Counsel appeared telephonically. David Domina represented the plaintiff and Patrick Betterman represented the defendants. Progression of the case was reviewed. Pursuant to the discussion,

**IT IS ORDERED:**

1. By agreement, the parties will submit a consent to trial by a magistrate judge, on or before **January 6, 2012.**

2. On or before **January 6, 2012,** the parties will inform the court if they are in agreement that the court appoint an evaluation expert.

3. If the parties agree that the court should appoint an evaluation expert, the parties shall submit the name of a proposed expert by **February 1, 2012**.

Dated this 16th day of December 2011.

BY THE COURT:

S/ F.A. Gossett, III
United States Magistrate Judge