FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

12 JAN -6  AM II: 30

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

In re: HASTINGS ACQUISITION LLC, )
)
LINCOLN PROVISION, INC., )
)
·            Plaintiff, )
)
v. )
)
ARON PURETZ and PMP LLC, )
)
Defendants, )
and )
)
HASTINGS ACQUISITION, LLC, )
)
Nominal Defendant. )

Case No. 8:10-cv-344

CONSENT TO EXERCISE
OF JURISDICTION BY A
UNITED STATES MAGISTRATE
JUDGE AND
ORDER OF REFERENCE

## CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| _____ II 043 For | Lincoln Provisions, Inc. | Jan 4. 2012 |
| For | Aron Puretz | 1/4/12 |
| For | Hastings Acquisition, LLC | 1/4/12 |

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable F.A. Gossett III, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

1/6/12
/Date/

_____
United States District Judge

clerk\proc\forms\consent.frm
04/13/11