**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **LINCOLN PROVISION, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 8:10cv344** |
| **vs.** | ) | |
| | ) | **ORDER RE: TRIAL PREPARATION** |
| **ARON PURETZ, PMP, LLC, and** | ) | **(Civil Non-Jury Trial)** |
| **HASTINGS ACQUISITION, LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**1. PRETRIAL MOTIONS:**

      **A. Continuance**.  Any motion to continue a trial must be accompanied by a supporting affidavit and a proposed order, and delivered to Magistrate Judge Gossett.

**THE FOLLOWING MATERIAL MUST BE SUBMITTED NO LATER THAN MAY 2, 2013.**

**2. PRETRIAL SUBMISSIONS:**

      **A.** The following documents shall be **filed electronically** with the Clerk of the Court: trial briefs.

**3. DISCOVERY MATERIAL:**   Use of discovery material as substantive evidence is controlled by the Pretrial Order and the following requirements:

      **A. Depositions:**

      **Proponent:**  The proponent of a deposition to be used at trial shall deliver a copy of the deposition to my chambers.  If less than the entire deposition will be offered, the proponent shall deliver: (1) a list or index designating by page and line(s) the testimony to be offered, and (2) a copy of the entire deposition with highlighted parts to be offered.

      **Objections:** A list or index of objections to another party's designated deposition testimony shall be delivered to my chambers and shall identify by page and line the location of the objection and shall identify the precise nature of the objection.

**B. Videotaped Depositions:**

**Proponent:** Videotaped depositions shall be delivered to my chambers as stated in the previous paragraph. The proponent shall provide a transcript with the prospective testimony indexed and highlighted.

**Objections:** A list or index of objections to another party's designated videotaped testimony shall be delivered to my chambers. The court may require editing of the video tape in response to pretrial rulings on objections.

**C. Interrogatories and Requests for Admissions:** The format and requirements for use of, and objections to, deposition testimony shall also apply to answers to interrogatories and requests for admissions, including matters deemed admitted because unanswered. See Fed. R. Civ. P. 36(a).

## 4. <u>EXHIBITS:</u>

**A. Court's Copies:** Each proponent of exhibits shall prepare a three-ring binder containing a copy of each exhibit to be offered. The binder shall be organized by dividers and tabs for quick retrieval of an exhibit during trial, and shall be delivered to chambers no later than **May 2, 2013**.

**B. Original Exhibits:** Exhibits shall be properly listed and identified on the exhibit form supplied by the Clerk of Court's Office, also available at the court website: www.ned.uscourts.gov.

**C. Marking of Exhibits:** All exhibits must be pre-marked with stickers that indicate whether the government, the plaintiff or the defendant is offering the exhibit. Plaintiff's exhibits will begin with number "1." Defendant's exhibits will begin with the three-digit number rounded to the next hundred after plaintiff's last exhibit.

## 5. <u>WITNESSES:</u>

**A. Lists:** A party's witness list shall include the full name with redacted addresses for each such witness. Witnesses who do not appear to testify when scheduled will be considered withdrawn.

**B. Rule 26 Disclosures and Reports:** If not previously received by the court regarding a Rule 104 hearing, each party shall deliver to my chambers a copy of the Fed. R. Civ. P. 26(a)(2) disclosures regarding that party's expert witnesses identified in the Pretrial Order. Any expert whose Rule 26 disclosure is not received by the court within five (5) working days before trial, or earlier if requested by the court, will be considered withdrawn.

**6. <u>REQUESTS FOR INTERPRETERS OR COURTROOM EQUIPMENT:</u>**

Please notify the courtroom deputy, Sara Pankoke, at least a week in advance if the services of an interpreter will be required for a hearing or trial. Please notify the courtroom deputy at least one week in advance of trial if you request the use of the DOAR evidence presenter, a large screen television, an illustrator pad/printer, an overhead projector, an easel, or headsets for the hearing impaired.

**7. <u>CONDUCT OF TRIAL:</u>**

I will meet with counsel in chambers at 9:00 a.m. on the first day of trial. Trial will commence at 9:30 a.m. each day, unless otherwise ordered.   Examination of witnesses will be by direct, cross, and redirect examination, but not recross unless authorized by the court.

**8. <u>SETTLEMENT:</u>**

By noon on the Friday before trial is scheduled to occur, counsel for all parties shall contact chambers to receive instructions regarding how the court may be notified of any settlement reached when the court is not open for business. It is the responsibility of the counsel for all parties to notify the court immediately of any settlement.

Dated this 24th day of April 2013.

BY THE COURT:


s/ F.A. Gossett
United States Magistrate Judge