# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **LINCOLN PROVISION, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | 8:10CV344 |
| ) | |
| **V.** ) | |
| ) | |
| **ARON PURETZ, PMP, LLC, and** ) | **ORDER** |
| **HASTINGS ACQUISITION, LLC,** ) | |
| nominal defendant, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

Jason Bottlinger has filed a motion requesting leave to withdraw as counsel for Plaintiff (filing 202). Upon the representation that Plaintiff will remain represented in this matter, the motion will be granted.

Accordingly,

**IT IS ORDERED:**

1. Jason Bottlinger's Motion to Withdraw as Counsel for Plaintiff (filing 202) is granted.

2. The Clerk of Court shall terminate Jason Bottlinger's appearance as counsel for Plaintiff and shall terminate future notices to Mr. Bottlinger in this action.

**DATED June 7, 2013.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**