# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **LINCOLN PROVISION, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV344 |
| | ) | |
| V. | ) | |
| | ) | |
| **ARON PURETZ, PMP, LLC, and** | ) | **JUDGMENT** |
| **HASTINGS ACQUISITION, LLC,** | ) | |
| nominal defendant, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

In accordance with the Findings of Fact and Conclusions of Law entered on this date,

**IT IS HEREBY ORDERED AND ADJUDGED:**

1. Judgment in the amount of $880,000, plus legal interest measured from July 2, 2010, is entered in favor of Plaintiff Lincoln Provision, Inc., and against Defendant Hastings Acquisition, LLC. Plaintiff shall receive taxable court costs. Attorneys' fees will not be awarded.

2. Plaintiff's claims against Defendant Aron Puretz are dismissed with prejudice.

3. Defendants' counterclaims against Plaintiff are dismissed with prejudice.

**DATED October 10, 2013.**

                                                 **BY THE COURT:**

                                               **S/ F.A. Gossett**
                                               **United States Magistrate Judge**