IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LINCOLN PROVISION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ARON PURETZ,  PMP, LLC; and HASTINGS ACQUISITION, LLC, nominal defendant; <br><br> Defendants. | 8:10CV00344 <br><br> TAXATION OF COSTS |

    Judgment was entered in this case in favor of the plaintiff on October 10, 2013. (Filing No. 218).  The Judgment awarded taxable costs to the plaintiff.  Defendants filed a motion for a new trial on November 5, 2013.  (Filing No. 219).  The motion was denied on December 4, 2013.  (Filing No. 223).  Plaintiff filed a Bill of Costs on December 5, 2013.

    The United States District Court for the District of Nebraska's Bill of Costs Handbook provides:

> The party entitled to recover costs must file, within 30 days after entry of judgment, a verified bill of costs on a form available on the court's Web page at http://www.ned.uscourts.gov/forms/index.html, or from the clerk's office. . . . Post-trial motions do not extend the time within which a party must file a verified bill of costs as provided by NECivR 54.1(b), unless the judge orders the time extended.

Bill of Costs Handbook, § I.

    In this case, the Bill of Costs was not filed within 30 days after the entry of the Judgment and no order extended the time in which the Bill of Costs was due. Accordingly, Plaintiff's request for costs is denied.

Counsel for the parties are advised any request for judicial review of this determination must be filed within seven (7) days.  See Bill of Costs Handbook, § I.

Dated this 10th day of January, 2014.

                OFFICE OF THE CLERK:

                *s/ Bren H. Chambers*
                Deputy Clerk