IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LINCOLN PROVISION, INC.,<br><br>                Plaintiff,<br><br>vs.<br><br>ARON PURETZ, PMP, LLC; and HASTINGS ACQUISITION, LLC, nominal defendant;<br><br>                Defendants. | 8:10CV344<br><br>TAXATION OF COSTS |

      On February 27, 2015, Defendant Aron Puretz filed a Bill of Costs in this case seeking $10,168.60 in taxable costs. (Filing No. 241).  Plaintiff has objected to the Bill of Costs.  (Filing No. 243).  Judgment was originally entered in favor of Aron Puretz on October 10, 2013. (Filing No. 218).  That same judgment entered an award against the co-defendant Hastings Acquisition, LLC.  Hastings Acquisition subsequently appealed the matter to the 8th Cir. and the judgment against it was reduced.  (Filing No. 240).  Although Aron Puretz' name appeared on the Notice of Appeal, the appeal dealt entirely with the award against Hastings Acquisition, LLC.  See Filing No. 244 (The judgment in favor of Aron Puretz "was neither appealed, nor affected by the appeal.")

      Pursuant to the Bill of Costs Handbook, a successful party has thirty (30) days from the entry of judgment in which to file its Bill of Costs.  See United States District Court for the District of Nebraska §II(B).  Judgment was entered in Puretz' favor on October 10, 2013 and his Bill of Costs was not filed until February 27, 2015, (Filing No. 241).  Accordingly, Puretz' requests for costs is denied as untimely.

      Dated this 17th day of July, 2015

                                                        OFFICE OF THE CLERK:

                                                        *s/ Bren H. Chambers*
                                                        Deputy Clerk